## BIRD *v.* THE STATE.

GILBERT, J. The motion for new trial consists of the general grounds, and the sole exception is to the judgment overruling the motion. The verdict is supported by evidence, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 2029. DECEMBER 16, 1920.

Indictment for rape. Before Judge Harrell. Calhoun superior court. August 19, 1920.

*E. L. Smith,* for plaintiff in error.

*R. A. Denny,* attorney-general, *R. C. Bell,* solicitor-general, *Graham Wright, F. A. Hooper & Son,* and *A. L. Miller,* contra.